```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
NEAL THOMPSON,                                                :
                                      Plaintiff,              :
                                                              :       24 Civ. 6192 (LGS)
              -against-                                       :
                                                              :              ORDER
LONG ISLAND RAILROAD COMPANY,                                 :
                                      Defendant.              :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference was scheduled for October 9, 2024, at 4:20 pm;

    WHEREAS, on October 3, 2024, the parties consented to jurisdiction by Magistrate Judge Sarah Netburn; It is hereby

    **ORDERED** that the premotion conference scheduled for October 9, 2024, is **CANCELLED.**

Dated: October 7, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE