UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEAL THOMPSON,

                    Plaintiff,                    24-CV-06192 (SN)

     -against-                                  <u>ORDER</u>

LONG ISLAND RAILROAD COMPANY,

                    Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 24, 2024, the Court entered a Civil Case Management Plan and Scheduling Order, ordering the parties to file a joint letter informing the Court about the status of discovery and any outstanding discovery disputes by December 23, 2024. ECF No. 14. As of the filing of this Order, the parties have not filed this letter. The parties are ORDERED to file a joint status letter by January 6, 2025.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     December 26, 2024
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2024