UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    3/26/2025
```

NEAL THOMPSON,

                                        Plaintiff,                          24-CV-06192 (SN)

            -against-                                                       **ORDER**

LONG ISLAND RAILROAD COMPANY,

                                        Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

            In light of the close of fact discovery on March 21, 2025, the parties are directed to

contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at

diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be

productive. Due to the Court's busy calendar, settlement conferences must generally be

scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate

last-minute requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        March 26, 2025
              New York, New York