UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEAL THOMPSON,

                                 **Plaintiff,**

          -against-

LONG ISLAND RAILROAD COMPANY,

                                **Defendant.**

------------------------------------------------------------X

24-CV-06192 (SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2025

**SARAH NETBURN, United States Magistrate Judge**:

On July 9, 2025, the parties informed the Court that they have reached a settlement in principle. ECF No. 23. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 9, 2025
                New York, New York